JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONYA CHURCH, | ) | Case No. EDCV 19-1225-JPR |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the Commissioner's decision and remanding the case for further proceedings is GRANTED in part and DENIED in part; (2) Defendant's request for an order affirming the Commissioner's final decision is GRANTED in part and DENIED in part; (3) judgment is entered in Plaintiff's favor on the SSI claim and in Defendant's favor on the DIB claim; and (4) this action is remanded for further proceedings consistent with the Memorandum Decision and Order.

DATED: March 23, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE